**Entered on Docket
April 15, 2011**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

Paul S. Aronzon (CA State Bar No. 88781)
Thomas R. Kreller (CA State Bar No. 161922)
Robert C. Shenfeld (CA State Bar No. 228181)
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063

Laury Macauley (NV State Bar No. 11413)
Dawn M. Cica (NV State Bar No. 4565)
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
Telephone:  (775) 823-2900
Facsimile:  (775) 823-2929
lmacauley@lrlaw.com; dcica@lrlaw.com

Reorganization Counsel for
Debtors and Debtors in Possession

Local Reorganization Counsel for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>STATION CASINOS, INC., *et al.*,<br><br>Debtors and Debtors in Possession.[1]<br><br>☒ Affects all debtors listed in footnote 2[2] | Chapter 11<br><br>Case No. BK-09-52477<br>Jointly Administered BK-09-52470 through BK-09-52487, BK-10-50381, BK-11-51188, BK-11-51190 through BK-11-51219<br><br>**ORDER: (I) DIRECTING JOINT ADMINISTRATION OF CASES WITH SCI CASES; (II) APPROVING USE OF CONSOLIDATED CAPTION; (III) DIRECTING CLERK OF COURT TO MAINTAIN SINGLE DOCKET; (IV) ADOPTING AND APPLYING CERTAIN PRIOR ORDERS FROM THE SCI CASES TO CERTAIN DEBTORS; AND (V) DIRECTING U.S. TRUSTEE TO NOT CONVENE 341(a) MEETING**<br><br>Hearing Date:    April 14, 2011 |

---

[1]  The debtors in these jointly administered chapter 11 cases are:  (i) Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC; FCP PropCo, LLC; and GV Ranch Station, Inc. (collectively, the "**SCI Debtors**"), (ii) Auburn Development, LLC; Boulder Station, Inc.; Centerline Holdings, LLC; Charleston Station, LLC; CV HoldCo, LLC; Durango Station, Inc.; Fiesta Station, Inc.; Fresno Land Acquisitions, LLC; Gold Rush Station, LLC; Green Valley Station, Inc.; GV Ranch Station, Inc.; Inspirada Station, LLC; Lake Mead Station, Inc.; LML Station, LLC; Magic Star Station, LLC; Palace Station Hotel & Casino, Inc.; Past Enterprises, Inc.; Rancho Station, LLC; Santa Fe Station, Inc.; SC

#4832-8208-2057v3

Upon the motion (the "<u>Motion</u>") of the Subsidiary Debtors,[3] Aliante Debtors and GVR (collectively, the "<u>Debtors</u>") for an order (i) directing the joint administration of their respective Chapter 11 Cases for procedural purposes only with each other and with the pending jointly administered SCI Cases; (ii) directing the Clerk of the Court to maintain a single docket for the jointly administered cases with the SCI Cases; (iii) approving the use of a consolidated caption for these jointly administered cases; (iv) upon joint administration, adopting and applying the Existing Process and Procedures Orders, Existing Operational Order and Existing Employment Orders to the extent specified in the Motion; and (v) directing that the U.S. Trustee not convene a 341(a) meeting; and the Court having reviewed the Motion; and all objections to the Motion, if any, having been resolved, withdrawn or overruled; and the Court having determined that the legal and factual bases set forth in the Motion and the Friel Declarations establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:

A.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and over the persons and property affected thereby.  Consideration of the Motion constitutes a core proceeding under 28 U.S.C. § 157(b)(2).

B.   Under the circumstances, the Court concludes that the notice of the Motion given by the Debtors constitutes due, sufficient and appropriate notice (i) of the Motion and (ii) opportunity for a hearing on the Motion, and the notice requirements of Bankruptcy Rule 2002 are deemed satisfied.

---

Durango Development LLC; Sonoma Land Holdings, LLC; Station Holdings, Inc.; STN Aviation, Inc.; Sunset Station, Inc.; Texas Station, LLC; Town Center Station, LLC; Tropicana Acquisitions, LLC; and Vista Holdings, LLC (collectively, the "**Subsidiary Debtors**"), (iii) Aliante Gaming, LLC, Aliante Holding, LLC, and Aliante Station, LLC (collectively, the "**Aliante Debtors**"), and (iv) Green Valley Ranch Gaming, LLC ("**GVR**").

[2]   This Order affects:  the **Subsidiary Debtors**, the **Aliante Debtors** and **GVR** (collectively, the "**Debtors**").

[3]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

C. The Debtors have demonstrated sufficient cause to grant the relief requested in the Motion and set forth in this order under Bankruptcy Code Sections 105(a) and 341(e), Bankruptcy Rule 1015 and Local Rule 1015.

D. Based on the foregoing and upon the record made before this Court at the hearing on the Motion, and good and sufficient cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. The Chapter 11 Cases of the Debtors shall be and hereby are consolidated with each other and with the SCI Cases for procedural purposes only, and shall be jointly administered by the Court under *In re Station Casinos, Inc.*, *et al*, U.S.B.C., D. Nevada Case No. BK-09-52477 (Jointly Administered) BK-09-52470 through BK-09-52487, BK-10-50381, BK-11-51188, and BK-11-51190 through BK-11-51219.

3. Nothing contained in this order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any Debtors' estates with each other or with any of the SCI Debtor's estates or otherwise affecting the substantive rights of any creditor of or equity interest holder in any Debtor or any SCI Debtor under the Bankruptcy Code or otherwise.

4. The joint administration of the Chapter 11 Cases shall not apply to proofs of claim, and creditors of each Debtor shall file a proof of claim in the bankruptcy case of the applicable Debtor; and such proof of claim shall identify which Debtor against whom the claim is asserted.

5. A docket entry shall be made in the Chapter 11 Case of each of the Debtors as follows:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015 directing the procedural consolidation and joint administration of this chapter 11 case. All further pleadings and other papers with respect to this chapter 11 case shall be filed in, and all further docket entries shall be made in, In re Station Casinos, Inc., et al., Case No. BK-09-52477 (Jointly Administered).

#4832-8208-2057v3

6. The caption of the Chapter 11 Cases and the caption of the SCI Cases shall be modified as set forth in Exhibit A attached hereto.

7. The Notice of Joint Administration attached hereto as Exhibit B is hereby approved. The Debtors shall file the Notice of Joint Administration in each of their respective Chapter 11 Cases and serve the same on parties in interest according to the Bankruptcy Rules, Local Rules and the Existing Process and Procedures Orders.

8. All Existing Process and Procedures Orders entered in the SCI Cases shall apply with full force and effect to the Debtors as if the same were entered in the Chapter 11 Cases; provided that with respect to the ordinary course professionals order [Docket No. 355] each of the Debtor groups shall file a motion on negative notice that includes a list of all professionals to be added as ordinary course professionals, to the extent such professionals have not been previously employed as ordinary course professionals in these cases or in the SCI Cases. In addition, counsel for the Aliante Debtors and GVR, counsel for the agents for the Aliante Debtors' and GVR's respective senior secured lenders, the top 40 unsecured creditors of the Debtors, and any official committee of unsecured creditors appointed in any of the Chapter 11 Cases shall be added to the Master Service List in the SCI Cases.

9. The Existing Operational Order entered in the SCI Cases and specifically referred to in the Motion shall apply with full force and effect to the Subsidiary Debtors as if the same were entered in their respective Chapter 11 Cases.

10. The Existing Employment Orders entered in the SCI Cases and specifically referred to in the Motion shall apply with full force and effect to the Subsidiary Debtors as if the same were entered in their respective Chapter 11 Cases.

11. The U.S. Trustee shall not convene a meeting of creditors or equity security holders in the Chapter 11 Cases.

12. Notwithstanding the relief granted herein and any actions taken pursuant hereto, nothing contained herein shall create, nor is intended to create, any rights in favor of, or enhance the status of any claim on equity interest held by, any person.

13. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14. The Court retains jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

SUBMITTED BY:

| | |
|---|---|
| Paul S. Aronzon (CA SBN 88781)<br>Thomas R. Kreller (CA SBN 161922)<br>MILBANK, TWEED, HADLEY & McCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 892-4000<br>Facsimile: (213) 629-5063<br>paronzon@milbank.com<br>tkreller@milbank.com<br><br>Reorganization Counsel for the Subsidiary Debtors | Laury M. Macauley (NV SBN 11413)<br>Dawn M. Cica (NV SBN 004565)<br>LEWIS AND ROCA LLP<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>Telephone: (775) 823-2900<br>Facsimile: (775) 823-2929<br>lmacauley@lrlaw.com<br>dcica@lrlaw.com<br><br>Local Reorganization Counsel for the Subsidiary Debtors |
| James H.M. Sprayregen, P.C. (IL SBN 6190206)<br>David R. Seligman, P.C. (IL SBN 6238064)<br>David A. Agay (IL No. 6244314)<br>Sarah H. Seewer (IL No. 6301437)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle St.<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.sprayregen@kirkland.com<br>david.seligman@kirkland.com<br>david.agay@kirkland.com<br>sarah.seewer@kirkland.com<br><br>Reorganization Counsel for the<br>Aliante Debtors and Green Valley Ranch Gaming LLC | Candace Carlyon (NV SBN 002666)<br>James Patrick Shea (NV SBN 000405)<br>SHEA & CARLYON, LTD.<br>701 Bridger Avenue, Suite 850<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>ccarlyon@sheacarlyon.com<br>jshea@sheacarlyon.com<br><br>Local Reorganization Counsel for the<br>Aliante Debtors and Green Valley Ranch Gaming LLC |

# # #

# **EXHIBIT A**

# **EXHIBIT A**

#4832-8208-2057v3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| STATION CASINOS, INC., *et al.,* | Case No. BK-09-52477 |
| Debtors and Debtors in Possession.[1] | Jointly Administered Cases BK-09-52470 through BK-09-52487, BK-10-50381, BK-11-51188, BK-11-51190 through BK-11-51219 |
| ☒ Affects all debtors listed in footnote 2[2] | **[TITLE OF PLEADING]** |
| | Hearing Date:<br>Hearing Time:<br>Place:     300 Booth Street<br>             Reno, NV 89509 |

---

[1] The debtors in these jointly administered chapter 11 cases are: (i) Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC; FCP PropCo, LLC; and GV Ranch Station, Inc. (collectively, the "**SCI Debtors**"), (ii) Auburn Development, LLC; Boulder Station, Inc.; Centerline Holdings, LLC; Charleston Station, LLC; CV HoldCo, LLC; Durango Station, Inc.; Fiesta Station, Inc.; Fresno Land Acquisitions, LLC; Gold Rush Station, LLC; Green Valley Station, Inc.; GV Ranch Station, Inc.; Inspirada Station, LLC; Lake Mead Station, Inc.; LML Station, LLC; Magic Star Station, LLC; Palace Station Hotel & Casino, Inc.; Past Enterprises, Inc.; Rancho Station, LLC; Santa Fe Station, Inc.; SC Durango Development LLC; Sonoma Land Holdings, LLC; Station Holdings, Inc.; STN Aviation, Inc.; Sunset Station, Inc.; Texas Station, LLC; Town Center Station, LLC; Tropicana Acquisitions, LLC; and Vista Holdings, LLC (collectively, the "**Subsidiary Debtors**"), (iii) Aliante Gaming, LLC, Aliante Holding, LLC, and Aliante Station, LLC (collectively, the "**Aliante Debtors**"), and (iv) Green Valley Ranch Gaming, LLC ("**GVR**").

[2] This Motion affects: [_____].

#4832-8208-2057v3

# **EXHIBIT B**

# **EXHIBIT B**

#4832-8208-2057v3

| | |
|---|---|
| Paul S. Aronzon (CA State Bar No. 88781) <br> Thomas R. Kreller (CA State Bar No. 161922) <br> Robert C. Shenfeld (CA State Bar No. 228181) <br> MILBANK, TWEED, HADLEY & McCLOY LLP <br> 601 South Figueroa Street, 30th Floor <br> Los Angeles, California 90017 <br> Telephone:    (213) 892-4000 <br> Facsimile:    (213) 629-5063 <br><br> Reorganization Counsel for <br> Debtors and Debtors in Possession | Laury Macauley (NV State Bar No. 11413) <br> Dawn M. Cica (NV State Bar No. 4565) <br> LEWIS AND ROCA LLP <br> 50 West Liberty Street, Suite 410 <br> Reno, Nevada 89501 <br> Telephone:    (775) 823-2900 <br> Facsimile:    (775) 823-2929 <br> lmacauley@lrlaw.com; dcica@lrlaw.com <br><br> Local Reorganization Counsel for <br> Debtors and Debtors in Possession |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> STATION CASINOS, INC., *et al.*, <br><br> Debtors and Debtors in Possession.[1] <br><br> ☒ Affects all debtors listed in footnote 2[2] | Chapter 11 <br><br> Case No. BK-09-52477 <br><br> Jointly Administered Cases BK-09-52470 through BK-09-52487, BK-10-50381, BK-11-51188, BK-11-51190 through BK-11-51219 <br><br> **NOTICE OF JOINT ADMINISTRATION OF BANKRUPTCY CASES AND RELATED RELIEF** |

---

[1]   The debtors in these jointly administered chapter 11 cases are: (i) Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC; FCP PropCo, LLC; and GV Ranch Station, Inc. (collectively, the "**SCI Debtors**"), (ii) Auburn Development, LLC; Boulder Station, Inc.; Centerline Holdings, LLC; Charleston Station, LLC; CV HoldCo, LLC; Durango Station, Inc.; Fiesta Station, Inc.; Fresno Land Acquisitions, LLC; Gold Rush Station, LLC; Green Valley Station, Inc.; GV Ranch Station, Inc.; Inspirada Station, LLC; Lake Mead Station, Inc.; LML Station, LLC; Magic Star Station, LLC; Palace Station Hotel & Casino, Inc.; Past Enterprises, Inc.; Rancho Station, LLC; Santa Fe Station, Inc.; SC Durango Development LLC; Sonoma Land Holdings, LLC; Station Holdings, Inc.; STN Aviation, Inc.; Sunset Station, Inc.; Texas Station, LLC; Town Center Station, LLC; Tropicana Acquisitions, LLC; and Vista Holdings, LLC (collectively, the "**Subsidiary Debtors**"), (iii) Aliante Gaming, LLC, Aliante Holding, LLC, and Aliante Station, LLC (collectively, the "**Aliante Debtors**"), and (iv) Green Valley Ranch Gaming, LLC ("**GVR**").

[2]   This Notice affects: the **SCI Debtors**, the **Subsidiary Debtors**, the **Aliante Debtors** and **GVR**.

#4832-8208-2057v3

**TO ALL CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST**:

**PLEASE TAKE NOTICE** that by Order of the Bankruptcy Court [Docket No. _____] (the "Order"), the Chapter 11 Cases (the "Chapter 11 Cases") of the above-captioned debtors (the "Debtors") shall be jointly administered as follows:

1. <u>Joint Administration with the SCI Cases</u>. The Chapter 11 Cases shall be jointly administered for procedural purposes only with each other and with the existing Station Casinos, Inc. chapter 11 cases.

2. <u>Pleadings and Other Papers Filed with the Court</u>. *Except for proofs of claim*, the Clerk of the Court will maintain the same docket for all pleadings and other papers filed in the Chapter 11 Cases. The docket will be maintained under the *Station Casinos, Inc.* caption and Case No. BK 09-52477 (Jointly Administered), BK 09-52470 through BK 09-52487, BK 10-50381, BK-11-51188, and BK-11-51190 through BK-11-51219. Parties in interest filing pleadings are directed to use the consolidated caption in the form attached as Exhibit A hereto. Each pleading or paper filed, however, should indicate on the caption page, in footnote 2, which of the Debtors or which SCI Debtor is affected by the subject filing.

3. <u>Proofs of Claim</u>. The consolidated caption should not be used for proofs of claim. Each proof of claim should be filed in the Chapter 11 Case of the applicable Debtor and have the caption of the case in which it is filed or otherwise comply with a form approved by this Court by separate order.

4. <u>Application of Existing Process and Procedures Orders</u>. Certain orders of the Bankruptcy Court entered in the Station Casinos, Inc. bankruptcy cases will apply to certain of the Debtors as set forth in the Order.

5. <u>Schedules and Statements</u>. Each of the Debtors will file its own Schedule of Assets and Liabilities and Statement of Financial Affairs.

#4832-8208-2057v3

| | |
|---|---|
| Dated: April 12, 2011 | Respectfully submitted, |

By:     */s/ Thomas R. Kreller*

| | |
|---|---|
| Paul S. Aronzon (CA SBN 88781) | Laury M. Macauley (NV SBN 11413) |
| Thomas R. Kreller (CA SBN 161922) | Dawn M. Cica (NV SBN 004565) |
| MILBANK, TWEED, HADLEY & McCLOY LLP | LEWIS AND ROCA LLP |
| 601 South Figueroa Street, 30th Floor | 50 West Liberty Street, Suite 410 |
| Los Angeles, California 90017 | Reno, Nevada 89501 |
| Telephone: (213) 892-4000 | Telephone: (775) 823-2900 |
| Facsimile: (213) 629-5063 | Facsimile: (775) 823-2929 |
| paronzon@milbank.com | lmacauley@lrlaw.com |
| tkreller@milbank.com | dcica@lrlaw.com |
| | |
| Reorganization Counsel for the Subsidiary Debtors | Local Reorganization Counsel for the Subsidiary Debtors |

By:     */s/ David A. Agay*

| | |
|---|---|
| James H.M. Sprayregen, P.C. (IL SBN 6190206) | Candace Carlyon (NV SBN 002666) |
| David R. Seligman, P.C. (IL SBN 6238064) | James Patrick Shea (NV SBN 000405) |
| David A. Agay (IL No. 6244314) | SHEA & CARLYON, LTD. |
| Sarah H. Seewer (IL No. 6301437) | 701 Bridger Avenue, Suite 850 |
| KIRKLAND & ELLIS LLP | Las Vegas, Nevada 89101 |
| 300 North LaSalle St. | Telephone: (702) 471-7432 |
| Chicago, Illinois 60654 | Facsimile: (702) 471-7435 |
| Telephone: (312) 862-2000 | ccarlyon@sheacarlyon.com |
| Facsimile: (312) 862-2200 | jshea@sheacarlyon.com |
| james.sprayregen@kirkland.com | |
| david.seligman@kirkland.com | |
| david.agay@kirkland.com | |
| sarah.seewer@kirkland.com | |
| | |
| Reorganization Counsel for the Aliante Debtors and Green Valley Ranch Gaming LLC | Local Reorganization Counsel for the Aliante Debtors and Green Valley Ranch Gaming LLC |

#4832-8208-2057v3      -3-

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 11 |
| STATION CASINOS, INC., *et al.*, | Case No. BK-09-52477 |
| Debtors and Debtors in Possession.¹ | Jointly Administered Cases BK-09-52470 through BK-09-52487, BK-10-50381, BK-11-51188, BK-11-51190 through BK-11-51219 |
| ☒ Affects all debtors listed in footnote 2² | |
| | **[TITLE OF PLEADING]** |
| | Hearing Date:<br>Hearing Time:<br>Place:      300 Booth Street<br>              Reno, NV 89509 |

---

¹ The debtors in these jointly administered chapter 11 cases are: (i) Station Casinos, Inc.; Northern NV Acquisitions, LLC; Reno Land Holdings, LLC; River Central, LLC; Tropicana Station, LLC; FCP Holding, Inc.; FCP Voteco, LLC; Fertitta Partners LLC; FCP MezzCo Parent, LLC; FCP MezzCo Parent Sub, LLC; FCP MezzCo Borrower VII, LLC; FCP MezzCo Borrower VI, LLC; FCP MezzCo Borrower V, LLC; FCP MezzCo Borrower IV, LLC; FCP MezzCo Borrower III, LLC; FCP MezzCo Borrower II, LLC; FCP MezzCo Borrower I, LLC; FCP PropCo, LLC; and GV Ranch Station, Inc. (collectively, the "**SCI Debtors**"), (ii) Auburn Development, LLC; Boulder Station, Inc.; Centerline Holdings, LLC; Charleston Station, LLC; CV HoldCo, LLC; Durango Station, Inc.; Fiesta Station, Inc.; Fresno Land Acquisitions, LLC; Gold Rush Station, LLC; Green Valley Station, Inc.; GV Ranch Station, Inc.; Inspirada Station, LLC; Lake Mead Station, Inc.; LML Station, LLC; Magic Star Station, LLC; Palace Station Hotel & Casino, Inc.; Past Enterprises, Inc.; Rancho Station, LLC; Santa Fe Station, Inc.; SC Durango Development LLC; Sonoma Land Holdings, LLC; Station Holdings, Inc.; STN Aviation, Inc.; Sunset Station, Inc.; Texas Station, LLC; Town Center Station, LLC; Tropicana Acquisitions, LLC; and Vista Holdings, LLC (collectively, the "**Subsidiary Debtors**"), (iii) Aliante Gaming, LLC, Aliante Holding, LLC, and Aliante Station, LLC (collectively, the "**Aliante Debtors**"), and (iv) Green Valley Ranch Gaming, LLC ("**GVR**").

² This Motion affects: [_____].